**Order entered May 13, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00582-CV

### IN THE BEST INTEREST OF D. S., Appellant

**On Appeal from the Probate Court No. 3
Dallas County, Texas
Trial Court Cause No. Mi-13-50415**

## ORDER

The Court has before it appellant's May 9, 2013 motion to redact her name from the notice of appeal filed in this Court. The Court **GRANTS** the motion and **DIRECTS** the Clerk of this Court to remove the notice of appeal from public availability on the internet.

/s/    DAVID LEWIS
        JUSTICE